Circuit Court for Baltimore City
Case No. 24-C-17-003207
Argued: June 1, 2018

IN THE COURT OF APPEALS

OF MARYLAND

Misc. Docket AG No. 9
September Term, 2017

_____

ATTORNEY GRIEVANCE COMMISSION

OF MARYLAND

v.

ROGER NORMAN POWELL

_____

Barbera, C.J.
Greene
Adkins
McDonald
Watts
Hotten
Getty,

JJ.

_____

PER CURIAM ORDER

_____

Filed: June 1, 2018

ATTORNEY GRIEVANCE     \*  **In the**
COMMISSION OF MARYLAND

           \*  **Court of Appeals**

     v.       \*  **of Maryland**

ROGER NORMAN POWELL   \*  **Misc. Docket AG No. 9**
              **September Term, 2017**

**PER CURIAM ORDER**

For reasons to be stated in an opinion later to be filed, it is this 1st day of June 2018,

ORDERED, by the Court of Appeals of Maryland, that the Respondent, Roger Norman Powell be, and he is hereby, disbarred, effective immediately, from the further practice of law in the State of Maryland; and it is further

ORDERED that the Clerk of this Court shall strike the name of Roger Norman Powell from the register of attorneys, and pursuant to Maryland Rule 19-761, shall certify that fact to the Trustees of the Client Protection Fund and the clerks of all judicial tribunals in the State; and it is further

ORDERED that Respondent shall pay all costs as taxed by the Clerk of this Court, including the costs of all transcripts, pursuant to Maryland Rule 19-709, for which sum judgment is entered in favor of the Attorney Grievance Commission of Maryland against Roger Norman Powell.

           /s/ Mary Ellen Barbera
           Chief Judge